# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ARROWHEAD CAPITAL FINANCE, LTD.,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

SEVEN ARTS ENTERTAINMENT, INC., and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC

(List the full name(s) of the defendant(s)/respondent(s).)

14 CV 06512 ( KPF )( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: SEVEN ARTS ENTERTAINMENT, INC., and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☒ order entered on: May 3, 2017 judgment; September 16, 2016 order

(date that judgment or order was entered on docket)

that: Plaintiff's motion for summary judgment granted in part. Defendants' motion for summary judgment denied in its entirety. Sanctions.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

May 9, 2017
Dated

Signature

Markovich, Raymond J.
Name (Last, First, MI)

| 351 Westbourne Drive | West Hollywood | CA | 90048 |
|---|---|---|---|
| Address | City | State | Zip Code |

323-401-8032
Telephone Number

rjmarkovich@me.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13