# EXHIBIT 1

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0478828-IN
INVOICE DATE: 02/14/17

CUSTOMER NO.: 1003187
WORK ORDER NO.: 176240
SALESPERSON: CSIW

Goldin, Barry L Esq.
3744 Barrington Drive
Allentown, PA 18104
Attention:Barry L.Goldin, Esq.

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | ARROWHEAD CAPITAL FINANCE V SEVEN ARTS E | | | | |
|---|---|---|---|---|---|
| | CASE NO. 14CV06512 | | | | |
| 1/13/2017 | Original | 12.00 | Pages at | $5.34 | 64.08 |
| 1/13/2017 | Diskette | 12.00 | Pages at | $0.60 | 7.20 |
| 1/13/2017 | Minuscript | 12.00 | Pages at | $0.90 | 10.80 |



CK. NO. MASTER CARD
DATE 2/14/17

Net Invoice: 82.08
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** 82.08

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit: 82.08
**Invoice Balance:** 0.00