# EXHIBIT 2

# Invoice

## SOUTHERN DISTRICT REPORTERS PC
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0478715-IN
INVOICE DATE: 02/07/17

CUSTOMER NO.: 1003187
WORK ORDER NO.: 176241
SALESPERSON: CSIW

Goldin, Barry L  Esq.
3744 Barrington Drive
Allentown, PA  18104
Attention:Barry L.Goldin, Esq.

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | ARROWHEAD CAPITAL FINANCE V SEVEN ARTS E | | | | |
|---|---|---|---|---|---|
| | CASE NO.   **14CV06512** | | | | |
| 1/18/2017 | Original | 23.00 | Pages at | $4.02 | 92.46 |
| 1/18/2017 | Diskette | 23.00 | Pages at | $0.60 | 13.80 |
| 1/18/2017 | Minuscript | 23.00 | Pages at | $0.90 | 20.70 |



PAID
CK. NO. _MASTER CARD_
DATE _2/7/17_

| | |
|---|---|
| Net Invoice: | 126.96 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 126.96 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**