UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARROWHEAD CAPITAL FINANCE, LTD.,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>SEVEN ARTS ENTERTAINMENT, INC., and SEVEN ARTS FILMED ENTERTAINMENT LOUSIANA LLC,<br><br>                              Defendants,<br><br>PICTURE PRO LLC,<br><br>                              Intervenor. | 14 Civ. 6512 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 26, 2020, the Court authorized Plaintiff to issue subpoenas to Intervenoe PicturePro LLC ("PPL") and Uncork'd Entertainment. (Dkt. #229). On June 19, 2020, PPL moved to quash the subpoenas. (Dkt. #231). Plaintiff is hereby ORDERED to respond to PPL's motion on or before **July 6, 2020**.

SO ORDERED.

Dated:  June 22, 2020
        New York, New York

*Katherine Polk Failla*
_____
        KATHERINE POLK FAILLA
        United States District Judge