UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARROWHEAD CAPITAL FINANCE, LTD.,<br><br>                                  Plaintiff,<br><br>                        -v.-<br><br>SEVEN ARTS ENTERTAINMENT, INC., and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC,<br><br>                                  Defendants,<br><br>PICTURE PRO LLC,<br><br>                                  Intervenor. | 14 Civ. 6512 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 7, 2021, the Court issued an Order to Show Cause why Intervenor Picture Pro LLC's motion to quash a subpoena issued by this Court should not be denied due to counsel's failure to properly appear in this matter. (Dkt. #242).  On January 14, 2021, counsel for Picture Pro LLC, Philip Stillman, filed his response to the Order to Show Cause.  (Dkt. #244).  Mr. Stillman's request for additional time to complete his *pro hac vice* application is hereby GRANTED.  Accordingly, Mr. Stillman is ORDERED to fulfill the requirements to appear in this action on or before **January 28, 2021**.

SO ORDERED.

Dated:   January 15, 2021
         New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge