UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARROWHEAD CAPITAL FINANCE, LTD.,

                Plaintiff,

-v.-

SEVEN ARTS ENTERTAINMENT, INC., and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC,

                Defendants,

PICTURE PRO LLC,

                Intervenor.

14 Civ. 6512 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Plaintiff's motion for turnover and supporting documents (Dkt. #256-259), and the response of Intervenor Picture Pro LLC (Dkt. #260). The Court directs the parties to appear for a telephone conference to discuss the motion for turnover on **January 29, 2025, at 2:15 p.m.** The dial-in information is as follows: At 2:15 p.m. the parties shall call (855) 244-8681 and enter access code 2315 780 7370. Please note, the conference will not be available prior to 2:15 p.m. The Court invites Plaintiff's counsel to reply to the Intervenor's response on or before **January 22, 2025**.

      SO ORDERED.

Dated:  January 13, 2025
          New York, New York

                                                  KATHERINE POLK FAILLA
                                                United States District Judge