UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARROWHEAD CAPITAL FINANCE,
LTD.,

                Plaintiff,

        -v.-

SEVEN ARTS ENTERTAINMENT, INC.,
and SEVEN ARTS FILMED
ENTERTAINMENT LOUISIANA LLC,

                Defendants,

PICTURE PRO LLC,

                Intervenor.

14 Civ. 6512 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has received the motion for turnover filed on April 15, 2025

(Dkt. #276).  Picture Pro LLC is ORDERED to file a response on or before

**May 1, 2025**.

    SO ORDERED.

Dated:  April 17, 2025
        New York, New York

                               KATHERINE POLK FAILLA
                               United States District Judge