UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARROWHEAD CAPITAL FINANCE, LTD.,

                    Plaintiff,

-v.-

SEVEN ARTS ENTERTAINMENT, INC., and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC,

                    Defendants,

PICTURE PRO LLC,

                    Intervenor.

14 Civ. 6512 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court directs the parties to appear for a telephone conference to discuss Arrowhead's motion for turnover (Dkt. #276), Picture Pro's request for a protective order (Dkt. #282), and Arrowhead's letter of June 13, 2025 (Dkt. #291) on **June 25, 2025, at 11:00 a.m.** The dial-in information is as follows: At 11:00 a.m. the parties shall call (855) 244-8681 and enter access code 2315 780 7370. Please note, the conference will not be available prior to 11:00 a.m.

    SO ORDERED.

Dated:  June 13, 2025
            New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge