UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARROWHEAD CAPITAL FINANCE, LTD., <br><br> Plaintiff, <br><br> -v.- <br><br> SEVEN ARTS ENTERTAINMENT, INC., and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC, <br><br> Defendants, <br><br> PICTURE PRO LLC, <br><br> Intervenor. | 14 Civ. 6512 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Intervenor Picture Pro LLC's ("PPL") notice of appeal (Dkt. #301) from the Court's June 26, 2025 orders granting Plaintiff Arrowhead Capital Finance Ltd.'s ("Arrowhead") motion for turnover (Dkt. #298) and denying PPL's request for a protective order (Dkt. #299).  The Court adheres to its previously expressed positions concerning PPL's strategic decision to waive any challenges to the Court's personal jurisdiction over it, which decision was evidenced by, among other things, PPL's participation in the briefing and argument in connection with Arrowhead's December 2024 motion to alter the judgment. (*See* Dkt. #268 (order resolving motion)).  The Court ORDERS Arrowhead and PPL to submit letters on or before **July 8, 2025**, addressing the impact, if any, of PPL's notice of appeal on this Court's jurisdiction.

SO ORDERED.

Dated: June 30, 2025
       New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge