UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARROWHEAD CAPITAL FINANCE, LTD.,

                       Plaintiff,

-v.-

SEVEN ARTS ENTERTAINMENT, INC., and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC,

                       Defendants,

PICTURE PRO LLC,

                       Intervenor.

14 Civ. 6512 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Intervenor Picture Pro LLC's motion for a stay (Dkt. #304), and correspondence from Plaintiff regarding its anticipated opposition to that motion and detailing personal circumstances that make it impossible for Mr. Goldin to file such opposition before July 9, 2025. The Court extends its best wishes to Mr. Goldin and directs him to file his opposition on or before **July 11, 2025**.

      SO ORDERED.

Dated: July 7, 2025
         New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge