UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARROWHEAD CAPITAL FINANCE, LTD., <br><br> Plaintiff, <br><br> -v.- <br><br> SEVEN ARTS ENTERTAINMENT, INC., and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC, <br><br> Defendants, <br><br> PICTURE PRO LLC, <br><br> Intervenor. | 14 Civ. 6512 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Intervenor Picture Pro LLC's ("PPL") motion for a stay (Dkt. #304), Plaintiff's opposition (Dkt. #309), and PPL's reply (Dkt. #310). The Court has also reviewed the parties' letters regarding the impact of PPL's appeal on this Court's jurisdiction. (Dkt. #303, 305).

The June 26, 2025 Orders that are the subject of PPL's appeal pertain to this Court's (i) finding that PPL forfeited its objection to lack of personal jurisdiction and (ii) requiring turnover of assets to Plaintiff. (Dkt. #298, 299). The Court agrees with PPL's contention that "[i]t is not in the interests of judicial efficiency for this Court to continue to make new rulings and enforcement of matters now subject to appeal and the jurisdiction of the Second Circuit." (Dkt. #305 at 2). Accordingly, the Court GRANTS PPL's

2

motion for a stay of the June 26, 2025 Orders (Dkt. #298, 299), pending the resolution of PPL's appeal to the Second Circuit. *See* 28 U.S.C. § 1651.

The Clerk of Court is directed to terminate the pending motion at docket entry 304.

SO ORDERED.

Dated: July 18, 2025
       New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge