UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARROWHEAD CAPITAL FINANCE, LTD.,<br><br>                Plaintiff,<br><br>        -v.-<br><br>SEVEN ARTS ENTERTAINMENT, INC. and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC,<br><br>                Defendants,<br><br>PICTURE PRO LLC,<br><br>                Intervenor. | 14 Civ. 6512 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received Plaintiff's motion to renew judgments and supporting papers (Dkt. #324-27) as well as Plaintiff's pre-motion letter seeking immediate relief with respect to a new lawsuit filed by Intervenor Picture Pro LLC ("Picture Pro") (Dkt. #329).

The Court hereby GRANTS Plaintiff's motion to renew judgments under Federal Rule of Civil Procedure 69(a) and N.Y. C.P.L.R. § 5014. It will enter the renewed judgments under separate cover. In addition, the Court DENIES without prejudice Plaintiff's request for an immediate injunction and contempt order against Picture Pro with respect to the new lawsuit. It will address the issue of Picture Pro's failure to comply with court orders at the evidentiary hearing scheduled for **April 23, 2026**.

2

The Clerk of Court is directed to terminate the pending motions at docket entries 324 and 329.

SO ORDERED.

Dated:    March 10, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge