**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ARROWHEAD CAPITAL FINANCE, LTD.,
                                Plaintiff,                  :
                                                           :
                - against -                                :         14 Civ. 6512 (KPF)
                                                           :
SEVEN ARTS ENTERTAINMENT, INC., and                        :         **ORDER**
SEVEN ARTS FILMED ENTERTAINMENT                            :
LOUISIANA LLC,                                             :
                                Defendants                 :
                                                           :
PICTUREPRO, LLC,                                           :
                                Intervenor
-------------------------------------------------------------------X

## RENEWED JUDGMENTS

WHEREAS this Court previously entered the following contempt orders, sanctions awards, and other money judgments in this case in favor of plaintiff/judgment creditor Arrowhead Capital Finance, Ltd. ("Arrowhead") against defendant/judgment debtor Seven Arts Entertainment, Inc. ("SAE") (collectively the "Judgments"):

 (i) September 16, 2016 Opinion and Order [ECF Doc. 143] and related November 2, 2026 Order [Doc. 153] in favor or Arrowhead against SAE, including among other things the award to Arrowhead therein of attorney fees and costs totaling $15,682.82;

 (ii) May 2, 2017 Opinion and Order [Doc. 195] and August 8, 2017 Opinion and Order [Doc. 202] in favor of Arrowhead against SAE, including among other things the award to Arrowhead of $16,320.l26 of attorney fees and expenses; and

  (iii) June 5, 2018 Judgment [Doc. 221] including among other things Judgment of $2,496,159.50 "plus interests accruing after October 10, 2022 entry of the State Court Judgment at the CPLR rate of 9% (nine per cent) per annum".

WHEREAS, the aforesaid Judgments were affirmed by the United States Court of Appeals in *Arrowhead Capital Finance, Ltd. v. Seven Arts Entertainment, Inc.,* 739 Fed. Appx. 701 (2d Cir. 2018);

WHEREAS, this Court has carefully reviewed and considered Arrowhead's motion and supporting papers in support of Arrowhead's timely-filed Motion to Renew the Judgments [Doc. 324 et seq.] and any papers filed by defendant/judgment debtor in opposition or other response thereto; and

WHEREAS, there is no dispute that Arrowhead obtained and continues to hold each of the aforesaid Judgments and that each of the aforesaid Judgments remain unsatisfied;

**NOW THEREFORE, BE IT ORDERED, ADJUDGED AND DECREED** that Arrowhead's Motion to Renew the Judgments is granted in full and that in connection therewith Arrowhead has and shall continue to have, in addition to any and all other remedies and relief (whether under the Judgments or otherwise), the following renewed money judgments against Seven Arts Entertainment, Inc. and its successors and assigns:

(i) final judgment against Seven Arts Entertainment, Inc. of $15,682.82 and interest which has accrued thereon since the November 2, 2026 Order [Doc. 153] and execution thereon;

(ii) final judgment against Seven Arts Entertainment, Inc. of $16,320.16 and interest therein which has accrued since the August 8, 2017 Opinion and Order [Doc. 202] and execution thereon; and

(iii) final judgment against Seven Arts Entertainment, Inc. of $2,496,159.50 "plus interests accruing after October 10, 2022 entry of the New York State Court Judgment at

the CPLR rate of 9% (nine per cent) per annum" previously awarded in the June 5, 2018 Judgment [Doc. 221] and execution thereon.

**IT IS FURTHER  ORDERED, ADJUDGED AND DECREED,** that Arrowhead and its successors and assigns retain, shall continue to have, and may exercise any and all other rights, remedies and relief which may be or become available at any time and from time to time, whether under the Judgments previously entered against Seven Arts  Entertainment, Inc. or under this Renewed Judgments or otherwise; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** this Court retains and shall have jurisdiction over this action for any and all matters, actions, and proceedings  (whether involving registration, discovery, effectuation, collection, execution, or other enforcement of any rights, interests, liens, collateral, remedies, relief or otherwise which are, may be, or may become available to Arrowhead or its successors or assigns) with respect or relating to, securing, secured by, or in connection with any of the prior Judgments or this Renewed Judgments or otherwise.

Dated: March 10, 2026
      New York, New York

_____
  Hon. Katherine Polk Failla
  United States District Judge