UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARROWHEAD CAPITAL FINANCE,
LTD.,

                    Plaintiff,

          -v.-

SEVEN ARTS ENTERTAINMENT, INC.
and SEVEN ARTS FILMED
ENTERTAINMENT LOUISIANA LLC,

                    Defendants,

PICTURE PRO LLC,

                    Intervenor.

14 Civ. 6512 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The evidentiary hearing scheduled for April 23, 2026, is hereby

CONTINUED to **May 28, 2026**, at **10:00 a.m.**  The hearing will be held via

video conference with public audio access at (855) 244-8681, access code 2315

780 7370.  Instructions to video participants will be sent separately in advance

of the conference.

The Court will address all relevant issues at this hearing, including

Picture Pro and Mr. Hoffman's failure to comply with this Court's Orders as

well as the California litigation involving Arrowhead's status in Bermuda.

SO ORDERED.

Dated:   April 29, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge