UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARROWHEAD CAPITAL FINANCE, LTD.,

                    Plaintiff,

         -v.-

SEVEN ARTS ENTERTAINMENT, INC. and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC,

                    Defendants,

PICTURE PRO LLC,

                    Intervenor.

14 Civ. 6512 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The evidentiary hearing scheduled for June 15, 2026, is hereby ADJOURNED *sine die* pending Peter Hoffman's availability.

Counsel for Mr. Hoffman is directed to inform the Court of Mr. Hoffman's availability for rescheduling purposes on or before **June 30, 2026**.

SO ORDERED.

Dated:   June 15, 2026
         New York, New York

                                 KATHERINE POLK FAILLA
                                 United States District Judge