UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARROWHEAD CAPITAL FINANCE, LTD., Plaintiff, -v.- SEVEN ARTS ENTERTAINMENT, INC. and SEVEN ARTS FILMED ENTERTAINMENT LOUISIANA LLC, Defendants, PICTURE PRO LLC, Intervenor. | 14 Civ. 6512 (KPF) **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 15, 2026, the Court adjourned an evidentiary hearing in this case *sine die* pending Peter Hoffman's availability. (Dkt. #348). On September 9, 2026, Intervenor's counsel informed the Court that Mr. Hoffman would be available to attend court proceedings beginning October 1, 2026. Therefore, the evidentiary hearing originally scheduled for June 15, 2026, is hereby rescheduled for **October 7, 2026, at 12:00 p.m.**

The hearing will be held via video conference with public audio access at (855) 244-8681, access code 2315 780 7370. Instructions to video participants will be sent separately in advance of the conference. At the hearing, the Court intends to receive the remaining evidence concerning Picture Pro's and Mr. Hoffman's alleged failures to comply with this Court's Orders. While the parties can bring to the Court's attention relevant developments in Picture Pro's lawsuits in California state court, and can present arguments concerning

the interplay (or not) between those litigations and this one, the Court does not intend to relitigate the Bermudan law issues resolved in its Order of August 10, 2026. (Dkt. #370).

SO ORDERED.

Dated: September 10, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge